USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    Plaintiff,

          - against -

Bryan Austermann,

                    Defendant.

**25 Crim. 0597 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference currently scheduled for January 16, 2026, is hereby adjourned until January 23, 2026, at 10:00 a.m. The Defendant consents to an exclusion of time from the Speedy Trial Act until January 23, 2026.

It is hereby ordered that time until January 23, 2026, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    6 January 2026
          New York, New York

                                        _____
                                             Victor Marrero
                                             U.S.D.J.

1