UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2026
```

UNITED STATES OF AMERICA,

v.

BRYAN AUSTERMANN,

Defendant.

**ORDER**

25 Cr. 597 (VM)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Sarah Netburn on February 20, 2026;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated:  New York, New York
        February 27, 2026

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK