

**ELEONORA MARIA LANZONE**
Email: elanzone@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

March 16, 2026

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, New York, New York 10007

      **Re:**    **United States v. Bryan Aus<u>termann</u>**
                <u>**Docket No. 1:25-cr-00597-VM**</u>

Your Honor:

The defense respectfully submits this letter on behalf of defendant Bryan Austermann to request a temporary modification of his bail conditions to permit him to travel to Southwick, Massachusetts, and Warrensburg, New York, between March 30 and April 6, 2026, to spend the Easter holiday with his family.

By way background, Mr. Austermann was charged in a two-count complaint on November 20, 2024, with violations of 18 U.S.C. §§ 2252A *et seq*. He was released that same day by the Hon. Stewart D. Aaron on a $100,000 unsecured personal recognizance bond, co-signed by two financially responsible persons, with conditions that: (1) his travel be restricted to the Southern and Eastern Districts of New York; and (2) he be subject to a curfew enforced via electronic monitoring at hours designated by Pretrial Services. Recently, on February 20, 2026, Mr. Austermann pled guilty before Judge Sarah Netburn to the lesser possession offense in a one-count Information, charging a violation of Sections 2252A(a)(5)(B) and (b)(2). Immediately thereafter, Mr. Austermann was released on the same bail conditions previously imposed. To date, since his initial appearance approximately 1⅓ years ago, Mr. Austermann has been fully compliant with all conditions of his release.

The defense now respectfully requests that the Court temporarily modify those conditions to allow the holiday travel described above. Specifically, if allowed, Mr. Austermann would stay at his parents' residence in Southwick, MA – at 1 Trillium Lane, Southwick, MA 01077 – from March 30 to April 2, and then travel to Warrensburg, NY, from April 2 to April 5, staying at 80 Lake Ave, Warrensburg, NY 12885. He would then return to Southwick on April 5, and to New York City by train on April 6.

Hon. Victor Marrero
March 16, 2026
Page 2

For two consecutive years materially similar applications were granted by Judge Aaron during Mr. Austermann's arraignment on November 20, 2024, and by Judge Parker on November 18, 2025  – both with the Government's consent[1] – permitting Mr. Austermann to travel to comparable locations for Thanksgiving and Christmas.  Mr. Austermann completed those travels without incident and remained fully compliant with every condition of his release.

For all of the foregoing reasons, the defense respectfully requests that the Court temporarily modify Mr. Austermann's bail conditions to permit the holiday travel described above.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

Eleonora Maria Lanzone

cc:    AUSA Katherine Cheng
       AUSA Diarra Guthrie

---

[1]While the Government at this time defers to Pretrial, and Pretrial has not expressed its consent to this application – just as it did not with respect to last year's similar request – Pretrial's position reflects its general practice regarding electronically monitored defendants seeking to travel overnight outside the district for non-essential reasons.  Pretrial has explained in similar applications that this standard position is based on logistical difficulties associated with monitoring such travel.  Nevertheless, as noted above, Mr. Austermann was permitted to travel, with Court approval, to comparable locations in Massachusetts and New Hampshire for Thanksgiving and Christmas over the past two years, and he fully complied with all conditions of his release during that period.