

**ELEONORA MARIA LANZONE**
Email: elanzone@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

June 2, 2026

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, New York, New York 10007

Re:    **United States v. Bryan Austermann**
       **Docket No. 1:25-cr-00597-VM**

Your Honor:

The defense respectfully submits this letter on behalf of defendant Bryan Austermann to request a temporary modification of his bail conditions to permit him to travel to Southwick and Feeding Hills, Massachusetts, between June 12 and June 14, 2026, for the purpose of attending the memorial service for his former theater mentor, and very close friend, Lyle Pearsons.

By way background, Mr. Austermann was charged in a two-count complaint on November 20, 2024, with violations of 18 U.S.C. §§ 2252A *et seq.* He was released that same day by the Hon. Stewart D. Aaron on a $100,000 unsecured personal recognizance bond, co-signed by two financially responsible persons, with conditions that: (1) his travel be restricted to the Southern and Eastern Districts of New York; and (2) he be subject to a curfew enforced via electronic monitoring at hours designated by Pretrial Services. On February 20, 2026, Mr. Austermann pled guilty before Judge Sarah Netburn to the lesser possession offense in a one-count Information, charging a violation of Sections 2252A(a)(5)(B) and (b)(2), and was immediately released on the same bail conditions previously imposed. To date, since his initial appearance approximately 1½ years ago, Mr. Austermann has been fully compliant with all conditions of his release.

The defense now respectfully requests that the Court temporarily modify those conditions to allow the travel described above. Specifically, if allowed, Mr. Austermann would stay at his parents' residence at 1 Trillium Lane, Southwick, MA 01077, from June 12 through June 14, 2026.

Hon. Victor Marrero
June 2, 2026
Page 2

For the past two consecutive years, several applications requesting permission to travel to the same destinations were granted: the first by Judge Aaron during Mr. Austermann's arraignment on November 20, 2024, the second by Judge Parker on November 18, 2025, and the third by Your Honor on March 18, 2026. Mr. Austermann completed those travels without incident and remained fully compliant with every condition of his release.

Notably, the first two applications referenced above were granted with the Government's consent, permitting Mr. Austermann to travel to comparable locations during the Thanksgiving and Christmas holidays. However, with respect to the last application in March of 2026 as well as the present one, the Government deferred to Pretrial Services. Although Pretrial Services has never consented to any of the preceding applications, its position reflects its general practice concerning defendants on electronic monitoring who seek overnight travel outside the district for non-essential purposes. Indeed, Pretrial Services has explained that this position is based primarily on the logistical challenges associated with monitoring such travel. Nevertheless, as noted above, Mr. Austermann was permitted – with the Court's approval – to travel to comparable locations in Massachusetts during each of the past two years, and he fully complied with all conditions of his release throughout those periods.

For all of the foregoing reasons, the defense respectfully requests that the Court temporarily modify Mr. Austermann's bail conditions to permit the participation to the memorial service for his former theater mentor, and very close friend, Lyle Pearsons, which will take place at The Red Door Theatre, located at 152 S. Westfield Street, Feeding Hills, Massachusetts 01030.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

Eleonora Maria Lanzone

cc:     AUSA Katherine Cheng
        AUSA Diarra Guthrie